## MILLIONWAY INTERNATIONAL, INC., Plaintiff–Appellant,

v.

## BLACK RAPID, INC., Defendant–Appellee.

No. 2014–1204.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2014.

David Fink, Fink & Johnson, of Houston, TX, argued for plaintiff-appellant.

Warren J. Rheaume, Davis Wright Tremaine LLP, of Seattle, WA, argued for defendant-appellee. With him on the brief was Benjamin J. Byer. Of counsel was James Harlan Corning.

## JUDGEMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**